# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDWOOD TECHNOLOGIES, LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>NETGEAR, INC.,<br><br>          Defendant. | C.A. No. 22-1271-GBW |

## DEFENDANT NETGEAR, INC.'S MOTION TO DISMISS
## PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant NETGEAR, Inc. ("NETGEAR") hereby respectfully moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Second Amended Complaint in the above action with prejudice. The grounds for this motion are fully set forth in NETGEAR's accompanying opening brief.

ASHBY & GEDDES

/s/ Steven J. Balick

---

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

Attorneys for Defendant
NETGEAR, Inc.

OF COUNSEL:

Christopher Kao
Brock S. Weber
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
(415) 983-1100

September 13, 2024

{02051453;v1 }